ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

**FILED**

Aug 02 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SILVANA JORGE DE OLIVEIRA, <br> aka "DIANNE JOHNSON," and <br> JOSE LUIS GARCIA <br><br> Defendants. | NO.: CR 23-0223-HSG <br><br> **UNITED STATES' MEMORANDUM ISO PRETRIAL CONDITIONS** |

### I. Introduction

The United States files this memorandum in support of its request that the Court order Defendants Silvana Jorge de Oliveira and Jose Luis Garcia not to conduct wire transactions until this case is resolved. Defendants are a couple who operate the money-transmitter business Envios Express on International Boulevard in Oakland, California. They offer wire transfer services to the public as local agents[1] for multiple corporate Money Service Businesses (MSBs). Defendants are charged with Conspiracy to Launder Monetary Instruments for accepting large cash amounts—sometimes as much as $9,000 or more—from unidentified customers who asked that the cash be wired to persons in high-risk drug

---

[1] Defendants sent wires under the business name Envios Express and under other business names they registered with the MSBs for whom they served as local agents.

MEM. ISO PRETRIAL CONDITIONS      1
CR 23-0223-HSG

trafficking areas of Mexico and to Honduras without using the customers' identities as the senders. Defendants then structured the cash into multiple wire transfers under $3,000 each and used the names and IDs of unrelated persons to evade reporting requirements under the Bank Secrecy Act (BSA). In exchange for circumventing the identification and reporting requirements for their customers, the defendants charged them unrecorded wire "fees" on each wire transfer—in addition to the standard service fee—which did not appear on the wire transfer receipts.

Defendants were responsible for complying with federal anti-money laundering laws and regulations and were required by MSB-1 and other MSBs to complete anti-money laundering (AML) training, both before they conducted wire transfers for customers and annually thereafter. The training provided by MSB-1, which both Defendants completed, instructed trainees that: (1) money laundering is the process whereby dirty money—produced through criminal activity—is transformed into clean money, leaving its origin difficult to trace; (2) money is often laundered to conceal the source of funds that come from criminal activity, such as drug trafficking, which generate large amounts of cash; (3) suspicious transactions include those by customers who indicate a desire to avoid reporting requirements, customers who consistently make transactions under a reporting threshold, and customers whose stated occupation is not in keeping with the amount of their wire transfers. MSB-1's AML training also informed trainees that they should look out for structuring, which is designing a transaction to evade triggering a reporting or recordkeeping requirement. The training provided specific examples of structuring, including breaking a large wire transfer amount into two or more smaller wires to avoid reporting requirements. Trainees were instructed that under the federal Bank Secrecy Act, local agents must verify customer ID for each money transfer of $3,000 or more and must record specific information about the transaction. The MSB-1 training informed trainees that structuring is a crime and must be reported by filing a suspicious activity report. In addition, the AML training included slides with examples of prohibited practices the Defendants repeatedly performed.



**Non-Compliant Agents...continued**
- Allow customers to provide a false ID
- Allow customers to conduct a transaction having reason to believe or actual knowledge that the funds come from, or will be used for, illegal activity
- Accept/solicit tips/bribes while assisting customers to conduct fictitious transactions
- Collude with criminals to abuse our services to launder money

## II. The Money Laundering Conspiracy at Envios Express

On August 31, 2022, federal agents executed a search warrant at Envios Express and seized the Defendants' phones, records from Envios Express, and over 15,000 digital images of California Driver's licenses and national ID cards from Central American countries. Agents also found about a dozen physical ID cards in a drawer, including California Driver's licenses that did not belong the defendants or their employee. Agents later concluded that least two of the California Driver's licenses found in the drawer had been used by the Defendants to send fraudulent wire transactions. In the seized phones, agents found WhatsApp chats between the two Defendants as well as between the Defendants and their customers. These WhatsApp chats contained large numbers of wire receipts as well as digital images of ID cards. The WhatsApp chats and the wire receipts they contain—as well as undercover transactions conducted by the government—show how the money laundering conspiracy operated.

### A. Oliveira Structures Over $136,000 in International Wire Transfers for Co-Conspirator-1 in September and October 2020

During the two-month period in September and October 2020, Oliveira structured roughly $136,000 in wire transfers to Mexico and Honduras for Co-Conspirator-1. The government can prove that these wires occurred based on the wire receipts Oliveira sent to Co-Conspirator-1 in a WhatsApp chat, based on law enforcement database records showing the details for each wire, and based on records obtained from the national corporate money service businesses (MSBs) whose systems were used to send the wires. The wire receipts list the operator who processed the wires as "Dianne" and in at least one instance "Jose L." In an interview with federal agents on August 31, 2022, Oliveira said that she used to go by the name "Dianne Johnson." One series of wires that Oliveira conducted for Co-Conspirator-1 occurred between August 31, 2020 and September 2, 2020.

| Date: | MTCN/ Wire # | Amount | Sender Name | Payee | Payee Location | Remitting Company | Location | Cashier |
|---|---|---|---|---|---|---|---|---|
| 8/31/2020 | 2699 | $ 2,500.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 8/31/2020 | 2700 | $ 2,500.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 8/31/2020 | 2701 | $ 2,600.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 8/31/2020 | 2702 | $ 2,500.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 8/31/2020 | 2703 | $ 2,400.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 8/31/2020 | 2704 | $ 2,040.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 8/31/2020 | S187701604 | $ 500.00 | | | Honduras | | Primo Express 3529 Int'l | Jose Luis Garcia |
| 9/1/2020 | 2740 | $ 2,000.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 9/1/2020 | 2741 | $ 2,000.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 9/2/2020 | 2788 | $ 2,400.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 9/2/2020 | 2794 | $ 2,480.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| Total | | $ 23,920.00 | | | | | | |

Each of the wires the Defendants sent for Co-Conspirator-1 in the table above was sent to Honduras or to Sinaloa, Mexico and each wire was under $3,000—the limit that would have triggered Bank Secrecy Act mandatory reporting requirements. In their WhatsApp chat, Co-Conspirator-1 provided Oliveira with payee names and supporting photo ID images, which she needed to send the wires that are shown in the table. However, Co-Conspirator-1 did not provide Oliveira with the senders whose names and IDs were reported to the corporate MSBs whose systems processed the wires. Victim Y.Y.—whose identity was used to send the $2,400 wire on August 31, 2020 (in the table above)—was interviewed by federal agents and stated that she did not authorize that wire and had never sent a wire transfer from Envios Express.

Oliveira and Co-Conspirator-1's WhatsApp chats—which include Oliveira sending Co-Conspirator-1 wire receipts—further show that Oliveira was conducting the wires for Co-Conspirator-1 that are shown in the table above. On or about August 31, 2020, Co-Conspirator-1 messaged Oliveira in Spanish: "Are you going to send them to me now?" and wrote a short time later "You didn't do them for me, right?" Oliveira replied: "It's that I already used them for today." Co-Conspirator-1 responded: "What time are you going to send them to me?" Oliveira messaged, "I don't think I'll be here long." Co-Conspirator-1 replied: "Well, do them for me as soon as possible."

The WhatsApp chat shows that Oliveira continued to send wires to Mexico for Co-Conspirator-1 between September 25, 2020 and September 27, 2020. In three days, Oliveira wired more than $16,000 for Co-Conspirator-1 that she structured into 7 wires. The amount of each of these wires was considerably more than an average family remittance amount, which ranges between roughly $400 and $800 in the Bay Area. Each wire was also under the $3,000 Bank Secrecy Act reporting requirement threshold. These wires were all sent to Sinaloa, Mexico—a high-risk drug trafficking area.

| Date | MTCN/Wire # | Amount | Sender Name | Payee | Payee Location | Remitting Company | Location | Cashier |
|---|---|---|---|---|---|---|---|---|
| 9/25/2020 | 3441 | $ 2,500.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 9/25/2020 | 3466 | $ 1,460.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 9/25/2020 | 3467 | $ 2,705.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 9/25/2020 | 3469 | $ 2,775.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 9/26/2020 | 3495 | $ 2,700.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 9/26/2020 | 3502 | $ 2,370.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 9/27/2020 | 3546 | $ 1,690.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| Total | | $ 16,200.00 | | | | | | |

On October 18, 2020, and October 19, 2020 (as shown in the table below), Oliveira sent another series of wires for Co-Conspirator-1. Over two days, Oliveira wired $21,400 to Sinaloa and Culiacan,

Mexico—both high-risk drug trafficking areas. With one exception, each of the wires was more than a typical family remittance amount, and each of the wires was under the $3,000 BSA reporting threshold.

| Date: | MTCN/Wire # | Amount | Sender Name | Payee | Payee Location | Remitting Company | Location | Cashier |
|---|---|---|---|---|---|---|---|---|
| 10/18/2020 | 4202 | $1,700.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 10/18/2020 | 4203 | $1,760.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| 10/18/2020 | CA00295-596 | $1,800.00 | | | Sinaloa | | Envios Latinos 1434 38th | Not Listed |
| 10/18/2020 | CA00295-597 | $1,863.37 | | | Sinaloa | | Envios Latinos 1434 38th | Not Listed |
| 10/18/2020 | CA00295-600 | $1,430.00 | | | Sinaloa | | Envios Latinos 1434 38th | Not Listed |
| 10/18/2020 | CA00295-601 | $1,342.28 | | | Sinaloa | | Envios Latinos 1434 38th | Not Listed |
| 10/18/2020 | CA00295-602 | $1,430.00 | | | Sinaloa | | Envios Latinos 1434 38th | Not Listed |
| 10/18/2020 | 4240 | $1,780.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| 10/19/2020 | 4250 | $1,675.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| 10/19/2020 | 4254 | $1,635.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| 10/19/2020 | 4261 | $1,690.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| 10/19/2020 | 4264 | $1,675.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| 10/19/2020 | 4270 | $1,120.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| 10/19/2020 | 4298 | $500.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| Total | | $21,400.65 | | | | | | |

From October 27, 2020 through October 30, 2020, Oliveira sent another series of international wires for Co-Conspirator-1 that are reflected in wire receipts that Oliveira sent to Co-Conspirator-1 in their WhatsApp chat. During this four-day period, Oliveira wired about $31,500 to recipients in Mexico and Honduras.



| Date | Wire # | Amount | Sender Name | Payee | Payee Location | Remitting Company | Location | Cashier |
|---|---|---|---|---|---|---|---|---|
| 10/26/2020 | 4542 | $1,980.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| 10/27/2020 | 4548 | $1,980.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| 10/27/2020 | 4570 | $90.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 10/27/2020 | 4571 | $900.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 10/27/2020 | 4573 | $190.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 10/27/2020 | 4594 | $2,320.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 10/27/2020 | 4586 | $1,830.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 10/28/2020 | 4589 | $1,800.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 10/28/2020 | 4591 | $1,820.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 10/28/2020 | 4593 | $1,870.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 10/28/2020 | 4594 | $1,830.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 10/28/2020 | 4596 | $1,820.00 | | | Honduras | | Envios Latinos 1434 38th | Ysosa |
| 10/28/2020 | 4597 | $1,870.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 10/28/2020 | 4598 | $900.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 10/28/2020 | 4599 | $871.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 10/28/2020 | 4600 | $909.00 | | | Honduras | | Envios Latinos 1434 38th | Dianne |
| 10/29/2020 | 4656 | $1,000.00 | | | Tijuana | | Envios Latinos 1434 38th | Dianne |
| 10/30/2020 | 4672 | $1,880.00 | | | Sinaloa | | Envios Latinos 1434 38th | Dianne |
| 10/30/2020 | 4675 | $1,870.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| 10/30/2020 | 4682 | $1,880.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| 10/30/2020 | 4691 | $1,890.00 | | | Culiacan | | Envios Latinos 1434 38th | Dianne |
| Total | | $31,500.00 | | | | | | |

**B. Oliveira and Garcia's WhatsApp Chat Shows That Garcia Relayed Messages to Oliveira from Co-Conspirator-1**

During November 2020 and December 2020, the WhatsApp chat shows that Oliveira continued to send suspicious wire transfers for Co-Conspirator-1. A separate WhatsApp chat between Defendants Oliveira and Garcia shows that Garcia was aware of what Oliveira was doing for Co-Conspirator-1 and relayed messages to Oliveira after speaking to Co-Conspirator-1 in person. On November 20, 2020,

Garcia messaged Oliveira (writing in Spanish) on their WhatsApp chat: "[Co-Conspirator-1] is here about whether you sent the wires. Please answer and talk to me." This message was followed 30 seconds later by the message "??????" and seconds after that by the message "??????". The government believes that shortly thereafter the Defendants spoke by phone. On December 5, 2020, Garcia sent a WhatsApp message to Oliveira, writing in Spanish to inform her of Co-Conspirator-1's "new phone" and the phone number. Garcia also added: "[Co-Conspirator-1] left 20," which federal agents interpret to mean that Co-Conspirator-1 had left $20,000 in cash at Envios Express which he wanted the Defendants to structure into multiple wire transfers for him.

On January 7, 2021, in a WhatsApp chat with Co-Conspirator-1's new phone number, Oliveira and Co-Conspirator-1 discussed two bags of cash that Co-Conspirator-1 had left at Envios Express and how the money should be structured into wire transactions to Mexico and Honduras. That afternoon, Oliveira sent Co-Conspirator-1 photos of four receipts for international wires to Honduras which together totaled $10,000. The receipts showed four different senders (none of whom were named Co-Conspirator-1) and four different recipients in Tegucigalpa, Honduras. Before Oliveira sent Co-Conspirator-1 the last wire receipt, Co-Conspirator-1 messaged that he thought two receipts were missing. Oliveira responded in Spanish: "The 4 are $10,000." Oliveira then resent all four wire receipts and a photo (shown to the right) with the amount of each wire transfer including the fees that were charged for it.



### C. Agents Use a Confidential Source to Send Wires to Mexico from Envios Express

#### 1. CS Wire on July 12, 2022

On July 12, 2022, agents directed a confidential source (CS) to visit Envios Express wearing a recording device with instructions to send $1,100 in cash to a recipient in Mexico without providing ID or using his real name. The CS approached an unknown Envios Express employee who was behind the counter near Oliveira. The employee appeared to seek Oliveira's permission to send the wire, and Oliveira appeared to approve. The cashier then turned back to his computer screen and processed the wire for $1,100 without requiring the CS to show ID or provide his real name. During the transaction, the employee appeared to be typing while reading information from an orange flip smartphone that the CS had earlier

observed in Oliveira's possession. The CS gave the employee a total of $1,165 in cash for the wire transfer to Mexico: $1,100 to be wired to Mexico, a $15 standard wire fee, and a $50 unrecorded fee charged by the employee. The receipt for the $1,100 wire that the employee gave to the CS listed only a $15 wire fee and listed the sender of the wire as someone whose name the CS had not provided.

### 2. CS Wires on July 19, 2022

On July 19, 2022, agents directed the CS to return to Envios Express to conduct more controlled wires. Agents instructed the CS to send $6,000 to three recipients in Mexico without providing ID or his name as the sender of the wires. Under the Bank Secrecy Act (BSA), transactions of $3,000 or more require that the local agent make a copy of the customer's ID and meet other reporting requirements, including recording the real name of the sender. The CS gave the same employee (from the July 12 visit) a list with three recipient names and locations in three high-intensity drug trafficking areas of Mexico where the cash should be sent and told the employee it did not matter how the money was divided among the three recipients in Mexico. The CS gave the employee a total of $6,210 in cash for the three wire transfers: $6,000 in cash to be wired to Mexico, $60 in cash for the official wire transfer fees ($20 per wire), and $150 in unrecorded "fees" that were charged for the three separate wires ($50 per wire).

Garcia and the employee sent the three wires for the CS without obtaining the CS's real name or verifying the CS's ID as required by the BSA. The wire receipts given to the CS showed three different sender names which the CS has not provided. While Garcia was processing the wires at his computer terminal, Garcia had a touchscreen smartphone propped up by the monitor. The CS observed that Garcia was viewing photos of Honduran national IDs on the smartphone while typing (still photo below).



### 3. CS Wires on August 2, 2022

On August 2, 2022, agents directed the CS to return to Envios Express to send more wires to Mexico. Agents directed the CS to send $9,200 in cash to four recipients in Mexico without providing ID or his name as the sender. Garcia and the employee processed the wire transfers for the CS working together. The CS said that he wanted to send money without providing an ID. The CS also told the same employee (with whom he dealt on July 12 and July 19) that he been to the store previously and wanted to send money the same way (without showing ID) and was fine with paying more to do so. As he processed wires for the CS, Garcia again had a smartphone in front of him at his computer. Garcia appeared to be looking at photos of IDs on the smartphone while processing wires. The CS gave the employee a total of $9,500 for the wire transfers: $9,200 to be wired to Mexico, $100 for official transfer fees, and $200 in unrecorded fees ($50 per wire) for the four transactions. The CS was given four wire receipts showing the operator for the wires listed as "Jose L," which agents know to be Garcia's operator name. The sender names for the wires listed on the receipts are not names that the CS provided.

### D. Defendants Continued Sending Suspicious Wires After the Federal Search Warrant at Envios Express on August 31, 2022

During the search warrant on August 31, 2022, federal agents found over 15,000 photos of digital ID images on phones seized from the Defendants. Agents also asked Defendants questions about the structuring of cash amounts into multiple wires that were sent under the names of unrelated persons, which agents had noted in the wires for Co-Conspirator-1 and during the CS visits to Envios Express. Notwithstanding the search warrant and these interviews, since September 2022, Defendants have continued to process hundreds of suspicious wires in amounts greater than an average family remittance but below the $3,000 BSA reporting threshold at Envios Express.

## III. Conclusion

Given this continuing activity, the government respectfully requests that the Court order the Defendants not to conduct further wire transactions as a condition of release pending trial.

\\

\\

\\

| | |
|---|---|
| DATED: August 2, 2023 | Respectfully submitted, |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | _/s/ Daniel Pastor_<br>DANIEL PASTOR<br>Assistant United States Attorney |