1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       daniel.pastor@usdoj.gov
8
   Attorneys for United States of America
9
                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,            )  Case No. 23-CR-0223-HSG
14                                       )
           Plaintiff,                    )  **STIPULATION AND PROTECTIVE ORDER**
15                                       )
       v.                                )
16                                       )
                                         )
17 JOSE LUIS GARCIA,                     )
                                         )
18         Defendant.                    )
                                         )
19 ─────────────────────────────────────)

20         With the agreement of the parties, the Court enters the following Protective Order:

21         Defendant is charged with Conspiracy to Launder Monetary Instruments.  The discovery to be

22 provided includes documents or other materials falling into one or more of the following categories

23 (collectively, "Protected Information"):

24         1.  Personal Identifying Information of any individual (other than his or her name), including

25             any person's date of birth, social security number, residence address, telephone numbers,

26             email addresses, driver's license number, names of persons who are minors, or criminal

27             histories ("Personal Identifying Information");

28         2.  Financial Identifying Information of any individual or business, including bank account

1   numbers, credit or debit card numbers, account passwords, and taxpayer identification

2   numbers ("Financial Identifying Information"); and

3   3.  Grand Jury material protected by Federal Rule of Criminal Procedure 6(e).

4

5   The United States will identify discovery materials as Protected Information by marking such

6   materials "PROTECTED MATERIAL—SUBJECT TO PROTECTIVE ORDER" or by providing

7   written notice identifying discovery materials as Protected Information.  The government shall exercise

8   reasonable care in determining which discovery materials should be designated as Protected Information

9   in order to avoid the over-designation of discovery materials as Protected Information.

10   To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

11   **IT IS HEREBY ORDERED** that defense counsel, their investigators, assistants, employees,

12   and independent contractors (collectively, "the Defense Team") may review with the defendant all

13   discovery material produced by the government, but shall not provide a defendant with copies of, or

14   permit defendant to make copies of, or have unsupervised access to any discovery material produced by

15   the government that contains Protected Information, unless the Protected Information has first been

16   **entirely redacted** from the discovery materials.  The government and defense counsel are ordered to

17   work together to ensure that these materials are protected, but that defendant has as much access to the

18   materials as can be provided consistent with this Court's order.  Discovery material that clearly pertains

19   to a specific defendant and does not contain Protected Information regarding any other person (*e.g.*,

20   defendant's own bank records, telephone records, and business records) may be provided to that

21   defendant unredacted.

22   The Defense Team may show witnesses Protected Information in the course of preparing a

23   defense for trial or any related proceedings in this case, but only if (i) the witness, by reason of their

24   participation in the underlying events or conduct, would have seen or had reason to know such

25   information, or (ii) it is otherwise relevant to the defense of the case that the Defense Team discuss with

26   or show the witness Protected Information.  Witnesses may only view Protected Information in the

27   presence of the Defense Team.  No witness or potential witness may retain copies of discovery material

28   that contains Protected Information after his or her review of those materials with the Defense Team is

1    complete.

2        Defense counsel may also provide unredacted copies of Protected Information to any experts

3    retained to assist with the preparation of the defense in the captioned case.  The defendant, all members

4    of the Defense Team, and any experts who receive Protected Information under this Order shall be

5    provided a copy of this Order along with those materials and shall sign and date the order reflecting their

6    agreement to be bound by it.

7        The Defense Team shall maintain Protected Information safely and securely, and shall exercise

8    reasonable care in ensuring the confidentiality of those materials by not divulging the contents or

9    permitting anyone to see Protected Information except as set forth in this Protective Order.

10       The materials provided pursuant to this protective order may only be used for the specific

11   purpose of preparing or presenting a defense in this matter unless specifically authorized by the Court.

12       This Order shall also apply to any copies made of any materials covered by this Order.

13       **IT IS FURTHER ORDERED** that if a party files a pleading that contains or attaches Protected

14   Information subject to this Order, the Protected Information must be filed under seal (accompanied by a

15   request to file under seal) and redacted from the public filing, unless otherwise ordered by the Court.

16       **IT IS FURTHER ORDERED** that after any judgment or disposition has become final and there

17   are no pending proceedings, challenges, appeals, or habeas motions in the case, counsel for defendant

18   shall either destroy discovery materials containing Protected Information (including any copies) within

19   30 days if the defendant consents to such destruction, or retain the Protected Information and ensure that

20   the Protected Information will continue being kept under the conditions specified in this Order.  After

21   the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to

22   destroy documents and materials subject to this Order.  If defendant is represented by counsel and files a

23   motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and

24   materials subject to this Protective Order under the terms of this Order.

25       This stipulation is without prejudice to either party applying to the Court to modify the terms of

26   any protective order.  This Court shall retain jurisdiction to modify this Order upon motion of either

27   party even after the conclusion of district court proceedings in this case.

28

1   **IT IS SO STIPULATED.**

2

3

4   Dated: July 1, 2024

5

6

7

8

9

10  **IT IS SO ORDERED.**

11

12  Dated:     7/1/2024

13

14

ISMAIL J. RAMSEY
United States Attorney


____/s/_____
DANIEL PASTOR
Assistant United States Attorney


____/s/_____
ROBERT BELES
Counsel for Defendant Jose Luis Garcia


HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

PROTECTIVE ORDER
23-CR-223-HSG

4

1       By signing below, I acknowledge that I have been provided and have reviewed a copy of

2  this Order and hereby agree to be bound by its terms:

3

4

| SIGNATURE | DATE |
|-----------|------|
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |